39 So.2d 55

**Milton COLEY v. STATE.**

**7 Div. 979.**

Court of Appeals of Alabama.
Jan. 18, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 55

**Morris COLLINS v. STATE.**

**2 Div. 785.**

Court of Appeals of Alabama.
Dec. 28, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

38 So.2d 198

**Sam COOK v. STATE.**

**6 Div. 631.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

38 So.2d 198

**Raymond COOLEY v. STATE.**

**6 Div. 623.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 55

**John M. COOPER v. Noah L. WILLIAMS.**

**6 Div. 662.**

Court of Appeals of Alabama.
Jan. 18, 1949.

Hiram Dodd, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Affirmed on motion.

38 So.2d 198

**COUNTY OF ELMORE v. CITY OF WETUMPKA.**

**5 Div. 255.**

Court of Appeals of Alabama.
Nov. 23, 1948.

Richard T. Rives, of Montgomery, and Holley, Milner & Holley, of Wetumpka, for appellant.

Reneau & Reneau and Wall & Sanford, all of Wetumpka, for appellee.

BRICKEN, Presiding Judge.
Reversed and remanded for settlement, by agreement.